Lisa M. Bassis, SBN 87845
Attorney at Law
P.O. Box 11228
Beverly Hills, Ca. 90213
(323) 931-3141

Attorney for Petitioner,

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL JEFFREY MARLIN ) | Case No.: 12-CV-04776-LHK |
| Petitioner ) | Order Re Enlargement of Time To File Reply to Answer and Memorandum of Points and Authorities In Support Thereof |
| vs. ) | |
| WILLIAM KNIPP, Warden ) | |
| Respondent ) | |

Having considered Petitioner's Unopposed Application for Enlargement of Time, and good cause appearing, IT IS HEREBY ORDERED that the Application is GRANTED and that Petitioner is granted to and including May 30, 2013, in which to file and serve his Opposition to the Answer and accompanying Memorandum of Points and Authorities.

Presented by:

/s/

By, Lisa M. Bassis,
For Petitioner, Richard Lara

*Lucy H. Koh*

Lucy H. Koh
United States District Judge

Dated: May 28, 2013

Petitioner's Application for An Enlargement of Time Re: Opposition to Answer and Memorandum of Points and Authorities In Support; Proposed Order     1